IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Keith Alexander,                          :
                        Appellant   :
                                          :
            v.                            :
                                          :
City of Philadelphia et, al.              :        No. 2428 C.D. 2014

# **O R D E R**

NOW, October 14, 2015, having considered appellant's application for reconsideration, the application is denied.

DAN PELLEGRINI,
President Judge